JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PAUL KEITH,<br><br>    Petitioner,<br><br>vs.<br><br>DIRECTOR OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Respondent. | Case No. EDCV 11-574-VAP (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice as untimely.

Dated: _March 15, 2012____

                                                                    VIRGINIA A. PHILLIPS
                                                                    UNITED STATES DISTRICT JUDGE