JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PAUL KEITH, | Case No. EDCV 11-574-VAP (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DIRECTOR OF CORRECTIONS AND REHABILITATION, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice as untimely.

Dated: _March 15, 2012____

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE